

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00506-CR

Zion Michael **TALAVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4671A
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's notice of appeal challenges a failed plea negotiation. We have not found an appealable order under trial court cause number 2021–CR–4671A.

We **order** Appellant to **show cause** in writing within **twenty days** of the date of this order why this appeal should not be dismissed for want of jurisdiction.

All other deadlines in this appeal are **suspended** pending further order of this court.

If Appellant fails to respond, this appeal **will be dismissed without further notice**.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court